1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WALTER LINDSEY,

               Plaintiff,

      vs.

D. CHESWICK, SOS; T.
CARLSON, LT; M.
VANDERHOFF, SOS; R.
RAWLINGS, CO; J.
ALMARAZ, CO; A. CLARK,
SOS,

               Defendants.

Case No. CV 05-7168-DOC  (OP)

ORDER ADOPTING FINDINGS,
CONCLUSIONS, AND
RECOMMENDATIONS OF
UNITED STATES MAGISTRATE
JUDGE

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

1      IT IS ORDERED that the Judgment be entered (1) approving and adopting

2 this Report and Recommendation; and (2) granting Defendants' motions for

3 summary judgment; (3) denying Defendants' Motion for Judgment on the Pleadings

4 as moot; and (4) directing that Judgment be entered dismissing this action with

5 prejudice.

6 DATED: _March 24, 2008_

7                                          HONORABLE DAVID O. CARTER
                                         United States District Judge

8

9 Prepared by:

10

11 HONORABLE OSWALD PARADA
United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28