JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER LINDSEY, | Case No. CV 05-7168-DOC (OP) |
| Plaintiff, | J U D G M E N T |
| vs. | |
| D. CHESWICK, SOS; T. CARLSON, LT; M. VANDERHOFF, SOS; R. RAWLINGS, CO; J. ALMARAZ, CO; A. CLARK, SOS, | |
| Defendants. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Judgment be entered (1) approving and adopting this Report and Recommendation; and (2) granting Defendants' motions for

/ / /

/ / /

/ / /

summary judgment; (3) denying Defendants' Motion for Judgment on the Pleadings as moot; and (4) directing that Judgment be entered dismissing this action with prejudice.

DATED: March 24, 2008

*/s/ David O. Carter*
HONORABLE DAVID O. CARTER
United States District Judge

Prepared by:

*/s/*
HONORABLE OSWALD PARADA
United States Magistrate Judge